SAMANTHA ANN PHILLIPS
EVAN JEROME PHILLIPS, JR
15077 STOCKRIDGE DR
GULFPORT, MS 39503

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

CACI
ATTN: BANKRUPTCY
500 NORTHWEST PLAZA
STE 300
ST. ANN, MO 63074

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

CITIZENS ONE
ATTN; BANKRUPTCY
ONE CITIZENS PLAZA
PROVIDENCE, RI 02903

EDFINANCIAL SERVICES L
P.O. BOX 30159
KNOXVILLE, TN 37930

FREEDOM MORTGAGE
ATTN: BANKRUPTCY
951 YAMATO RD, STE 175
BOCA RATON, FL 33431

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176

HYUNDAI MOTOR FINANCE
ATTN: BANKRUPTCY
P.O. BOX 20829
FOUNTAIN VALLEY, CA 92728

LINCOLN AUTOMOTIVE
ATTN: BANKRUPTCY
P.O. BOX 542000
OMAHA, NE 68154

NAVY FCU
ATTN: BANKRUPTCY
P.O.BOX 3000
MERRIFIELD, VA 22119

NAVY FCU
PO BOX 3700
MERRIFIELD, VA 22119

PENNYMAC LOAN
ATTN: BANKR
PO BOX 514387
LOS ANGELES, CA 90051