Certificate Number: 17082-MSS-DE-041491151

Bankruptcy Case Number: 26-51536

17082-MSS-DE-041491151

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 27, 2026, at 8:51 o'clock AM MST, EVAN J PHILLIPS Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: September 27, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director