**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT-6 DIVISIONAL OFFICE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | **CASE NO.: 26-51536-KMS** |
| **SAMANTHA ANN PHILLIPS AND** | * | |
| **EVAN JEROME PHILLIPS, JR,** | * | |
| | * | |
| **Debtors.** | * | |

**OBJECTION OF FORD MOTOR CREDIT COMPANY LLC**
**TO CONFIRMATION TO DEBTORS' CHAPTER 13 PLAN**

Comes now **Ford Motor Credit Company LLC** and respectfully objects to the confirmation of the Debtors' Chapter 13 Plan (hereinafter "plan") filed on September 16, 2026, and as grounds therefor states the following:

1. Pursuant to 1325(a)(5),(9)- the Debtors are required to pay the petition balance in the sum of $69,386.16 through the life of the plan in equal monthly payments. Ford Motor Credit Company LLC has a 910 claim.

2. Ford Motor Credit Company LLC holds a secured claim covering a 2024 Ford Expedition Utility 4D Limited 4WD 3.5L V6 Turbo, 1FMJU2AG0REA63899 vehicle. Copies of the installment sales contract (the "Contract") and evidence of title are attached as Exhibits "A" and "B", respectively. Debtors proposed to pay Ford Motor Credit Company LLC a value of $69,386.16, plus interest 2.900%.

3. Ford Motor Credit Company LLC is adversely affected by the filed plan.

4. The filed plan is discriminatory as regards Ford Motor Credit Company LLC.

5. The filed plan is not filed in good faith as regards Ford Motor Credit Company LLC.

6. Therefore, the Plan does not meet the requirements of 11 U.S.C. §1325 and should not be confirmed.

7. The Plan fails to pay the applicable prime plus interest rate. A debtor must pay the present value of the secured claim by paying the creditor a discount rate of interest as measured by the formula rate expressed by the United States Supreme Court in Till v. SCS Credit Corp., 541 U.S. 465 (2004). See also Drive Fin. Servs., L.P. v. Jordan, 521 F.3d 343 (5th Cir. 2008) (applying prime plus rate to vehicle lender's claim). The current prime rate of interest is 8.500%. To the extent the Plan proposes to

pay less than the prime interest rate plus 0.000%, Creditor objects to the confirmation of the Plan.

WHEREFORE, Ford Motor Credit Company LLC objects to confirmation as aforesaid; and Ford Motor Credit Company LLC requests such other relief to which it may be entitled in the premises.

**William C. Poole, LLC**
**Attorney For**
**Ford Motor Credit Company LLC**

**BY: /s/ Wesley H. Blacksher**
**WESLEY H. BLACKSHER BAR103026**
**For the Firm**
**William C. Poole, LLC**
**917 Western America Circle**
**Suite 210**
**Mobile, AL 36609**
**(251) 344-5015**
**HWPoolelaw@gmail.com**

**CERTIFICATE OF SERVICE**

I, Wesley H. Blacksher, do hereby certify that I have this day caused to be served, via CM/ECF and/or United States Postal Service, a true and correct copy of the above and foregoing document to:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
Po Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
ATTORNEY FOR DEBTOR

Warren A. Cuntz, Jr.
P. O. Box 3749
Gulfport, MS 39505
wcuntzcourt@gport13.com
TRUSTEE

United States Trustee
501 East Court Street,
Suite 6-430
Jackson, MS 39201
USTPRegion05.JA.ECF@usdoj.gov
U.S. TRUSTEE

Samantha Ann Phillips
15077 Stockridge Dr
Gulfport, MS 39503

Evan Jerome Phillips, Jr
15077 Stockridge Dr
Gulfport, MS 39503
Debtors

SO CERTIFIED this the 30 day of September 2026.

/s/ Wesley H. Blacksher
Wesley H. Blacksher