**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | |
|---|---|
| **IN RE:** | |
| **SAMANTHA ANN PHILIPS AND EVAN JEROME PHILIPS;** | **CHAPTER 13**<br>**CASE NO. 26-51536** |
| **Debtors.** | |

## NOTICE OF APPEARANCE

Comes now the undersigned, and Notices her appearance as attorney of record for PennyMac Loan Services, LLC in the above referenced matter.

/s/ Kim Putnam
Kimberly D. Putnam, MS Bar No. 102418
1107 Highland Colony Pkwy, Suite 207
Ridgeland, MS 39157
kimberlyp@hwmlawfirm.com
801-355-2886

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following using the CM/ECF System, on October 9, 2026, to wit:

Rollins, Thomas C.
Chapter 13 Trustee
P.O. Box 13767
Jackson, MS 39211

U.S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

And by United States Mail, postage prepaid and properly addressed to:

Evan Jerome Philips
15077 Stockridge Dr
Gulfport, MS 39503

Samantha Ann Philips
15077 Stockridge Dr
Gulfport, MS 39503

/s/ Kim Putnam
Kimberly D. Putnam